# EXHIBIT 2

# THE KING MANIFESTO
************************

## INDEX
*******

Pg 1 - Def. of Almighty Latin King Nation

Pg 2 - Cont. of Definiton and Explaination

Pg 3 - The Holy Prayer

Pg 4 - Kings and Queens Prayer

Pg 5 - Icons

Pg 6 - Kingism and its stages

    I. Primitive
    II. Conservative

Pg 7 - III. The New King

Pg 8   Cont. New King

Pg 9   Cont. New King

Pg 10 - The Code of Kingism

Pg 11 - National Emblem

    - Sacred Colors
    - National Salute

Pg 12 - Nation Flag

Pg 13 - Fearlessness

Pg 14 - The Almighty Eye

Pg 15 - Brown Force

Pg 16 - Nation Men

Pg 17 - King Am I

# THE KING MANIFESTO
************************

## ALMIGHTY LATIN KING NATION

He who knows, and knows that he knows, is a wise man,
Listen to him!

He who knows, and does not know that he knows is asleep,
Wake him up!

He who does not know, and knows that he does not know,
Wants to learn ... Teach him!

He who does not know, and does not know that he does
Not know, is a fool ... Avoid him!

              Confucian

```
A L M I G H T Y    L A T I N      K I N G S         N A T I O N
O E N R A O A      A M R L A      N N O L T         A L O N N U
V A   E R W H      T E I L T      O D B O R         T L G   E C
E S   A M A W      I R B U U      W E I W E         U I E     L
  U     T O R E    N I E M R Y    L S L I N         R E T     E
  R       N D H      C   I A      E T I N G         A S H     U
  E       Y S        A   N L      D R T G T         L   E     S
  D                  N   A        G U   Y H             R
                         T        E C
                         I          T
                         N          I
                         G          B
                                    L
                                    E
```

A LOVE MEASURED IN GREAT HARMONY TOWARDS YAHWEH
LATIN AMERICAN TRIBE ILLUMINATING NATURAL
KNOWLEDGE, INDESTRUCTIBLE NOBILITY and GLOWING STRENGTH
NATURAL ALLIES TOGETHER IN ONE NUCLEUS

-1-

## THE KING MANIFESTO
***********************

### ALMIGHTY LATIN KING NATION

The Almighty Latin King Nation is a religion which gives us faith in ourselves, a national self-respect, power to educate the poor and relieve the misery around us.

It is the Brotherhood of man; blending like the waves of one ocean, shining as the Sun, one soul in many bodies bearing fruit of the same tree.

It creates in us a thirst like the heat of the earth on fire, a thirst for knowledge, wisdom, strength, unity and freedom.

It is the Sun glowing in the essence of our being, the brightness in our eyes that cast reflections of its rays spitting fire in all directions.

It is the unshakable spirit and the nobleness of our hearts, the limitless power of the mind, the unrelentless will to be free.

It is pride, ambition, love, sacrifice, honor, obedience and righteousness, all our powers and all our desires thrown into the mission of human service and united into one Single Gold Sun.

If you want to find Yahweh, serve the Almighty Latin King Nation. Put on the Gold Sun - Black and Gold colors, place your right fist upon your heart and pledge devotion to the Almighty Latin King Nation, to Yahweh and all oppressed people. This is the Nation of Kingism...

BEHOLD KING LOVE!

-2-

THE KING MANIFESTO
*************************

## HOLY PRAYER

Almighty Father, King of Kings, Maker of the Universe and Foundation of Life, bring peace to our souls, those present, to those not present, to the young and to the old.

As an Almighty Latin King Nation under one Sun protected by thine love and guidance, we bring our right fist upon our heart for sincerity, love, wisdom, strength, knowledge and understanding. Three hundred and sixty degrees of Strong King Wisdom.

Illuminate our minds and our hearts. Guide our thoughts with thine righteousness. Guide and protect the thoughts of our Coronas and all those holy and righteous lovers and followers of our beloved family and tribe - the Almighty Latin King Nation.

Let the manifestation of our departed Brothers and Sisters be the path to thee and let it be as it was in the beginning - Strong King Wisdom on both continents, Peace in Black and Gold.

King Love! Yesterday, Today, Tomorrow, Always And Forever

## THE KING MANIFESTO
********************

### KINGS AND QUEENS PRAYER

Oh King of the Universe, Supreme maker of all things, We, the Almighty Latin King and Queen Nation ask you, Almighty King, to bring peace to our souls; bring peace to those of our Brothers and Sisters who have died in our cause. As an Almight Nation under the Sun, protected by you love and guidance, we bring our right fist upon our hearts for love, honor, obedience, sacrifice and righteousness.

We ask you, Almighty King, to bless our departed Brothers and Sisters, members of our beloved and mighty Nation, who on this very day rest in the bosom of your sanctuary. May they rest in your care and may they have found the peace and freedom they sought. In our critical moments, bring us comfort and guide us through those days of confusion and oppression. May the blessings of the ancients and the wisdom of the ages guide us and keep our Nation strong as we battle the forces that seek to deny us.

We, the Almighty Latin King and Queen Nation, are entrusted with a divine mission, one that transcends personal gains and recognition. As Kings and Queens, we pledge ourselves ever faithful to that mission. Make us all aware that others look to us for guidance, and let us always prove ourselves worthy of providing it. For,

though, we are of different Nationalities, we all share the same cultures of our ancient ancestors, whose every word is law throughout the world. It is our destiny to lead rather than be led.

We, the Almighty Latin King and Queen Nation, have the blood of royalty in our veins. We are the guiding light of our People. Place wisdom in our minds, love in our hearts, and fortitude to withstand the trials of time. Guide and protect our Coronas, so that they may lead us to our ultimate goal - the awakening of our People to their oppressed state, so that they may lift our heritage to its rightful place among the thrones of Kings and Queens.

LET THE MANIFESTATION OF OUR SACRIFICED BROTHERS AND SISTERS BE THE PATH TO THEE, AND LET IT BE AS IT WAS IN THE BEGINNING:

STRONG KING AND QUEEN WISDOM-PEACE IN BLACK & GOLD...

## THE KING MANIFESTO
*******************

### ICONA

The history of all hitherto existing gang feuds is the History of label struggles for the sake of "click" recognition. It is this egotistical force for recognition which leads to rivalry and senseless disputes which often cost the high price of human life. The life of our People, the oppressed Third World People.

With the intentions of changing this social and oppressive phenomenon, the King Manifesto is written to serve as a guide and to enlighten our deplorable conditions under the existing order of things. With this thought in mind, we proceed to create the New King, the Moral King, the King of Others, the lover of men and the Turning Wheel of Change.

Devoting your life to the principles of Kingism implies a life of service to your fellow man. We can be of service in no other way. If you turn your back on your Brother, simply, because of a label, you are turning your back on the Almighty Latin King Nation.

One who does not know the Almighty Latin King Nation and its Laws is like a plant growing in the shade. Although it knows not the Sun, it is nevertheless absolutely dependent upon it.

The Nation is in your hands. If you turn your back on the Nation, you are denying yourself the sole purpose of you existence - the right to be free!

BEHOLD LATIN KING!

-5-

THE KING MANIFESTO
*************************

KINGISM

Kingism is the doctrine of the Almighty Latin King Nation. There are three stages or cycles of Nation life that constitutes Kingism. They are:

PRIMITIVE STAGE
CONSERVATIVE STAGE
THE NEW KING STAGE

In order for one to grasp a good understanding of each stage and its development, one must understand and consider the social factors surrounding each stage.

I. THE PRIMITIVE STAGE is that stage in life where the King Warrior acts on impulse, executing his actions without giving them the serious thought that they demand. A stage of immaturity where the King Warrior's time is spent "gang-bangin", getting high and being recognized as big and bad.

This can also be classified as the wasteful stage to a certain extent; to the extent that what is being done is being done unconsciously. Yet, it is not wasteful in the sense, that the environment conditions this type of behavior, in order for one to survive the hardships of ghetto life - that undesireable level at the lowest plane of social existence, it is wasteful in that energy is being misused. There are no objectives for one's actions, except for the factual phenomenom that the entire affair is centered around recognition, label recognition and personal recognition. This egotistical tendency often leads to a blind alley.

Regardless of how senseless one's actions may seem at this level, this is the original stage of Kingism and from the roots of the Primitive stage emerges the second stage. It is at this level, where one either breaks or becomes strong. True lovers of the Nation develop at this stage.

II. THE CONSERVATIVE STAGE (also known as Mummy stage) is the stage of so-called maturity. At this level, the King Warrior becomes tired of the Primitive Stage. He no longer wishes to participate in the senseless routine of gang fighting, hanging on the corner or being recognized as big and bad. Most often, at this level, the King Warrior gets married and retires, alienating himself from the boys and the Nation, concentrating his energies and devotion to his Queen, his children and his responsibility to them; ignoring the fact that he has unconsciously been neglecting his main responsibility to them and himself, i.e., to make himself and his loved ones free!

THE KING MANIFESTO

(Cont. Conservative Stage)

It is inappropriate to call this stage the Maturity Stage, due to the fact that the King Warrior, at this time, does not really become mature, in the true sense of maturity. Instead, he becomes mummified or reaches a level of mummified maturity. He, in his conservative role, lives with no future, accepting life as it has been taught to him by the existing system that exploits all People of color - dehumanizes them and maintains them under the economic and social yoke of slavery.

True members of the Nation do not quit at this level, they do not cease to identify themselves with the Kings, instead they alienate themselves from them. They do not cease to be who they are. They conserve what they are; they become conservative. There are more Kings at this level, than at any other level. And, although, this stage has all the characteristics of a regressive stage, it is really the stepping stone into the third stage of Kingism - the New King Stage.

III. THE NEW KING STAGE is the stage of awareness and decision. The Primitive and Conservative stages are a compliment to the third. They go hand-in-hand with this stage of maturity. It does not keep the King Warrior in the limbo state of being i.e., the mummy like stage. At this level there is a stage of awareness, an awareness of one's self as a subject of decision.

Under the New King stage, the world takes a completely new form. One no longer continues to visualize the street corner as his turf or being tough as a man of survival as in the Primitive Stage, nor does he remain in the mummy stage. Instead, he learns to appreciate the values of organizational work, the values of life and of Brotherhood. One no longer views the rival warrior as the cause of one's ills, instead his vision broadens to the extent of recognizing himself as a subject of decision. He learns that his ills lie at the roots of a system completely alien to his train of thought and his natural development due to the components of dehumanization that exist therein.

This stage is what determines righteousness, for it is at this stage where awareness leads to the point of decision, that point where one must decide one's future. This is where he either becomes an accomplice to that anti-King system or a subject of decision - A New King!!

The New King recognizes that the time for revolution is at hand. Yes, revolution - a revolution of the mind! The revolution of knowledge! A revolution that will bring freedom to the enslaved, to all Third World People, as we together sing and praise with joy, what time it is-it's Nation time!

-7-

# THE KING MANIFESTO
************************

(Cont, New King Stage)

Time for all oppressed People of the world to unite. The young warriors and future leaders look at the New King with the hope of someday being free. We shall not destroy the faith they have in us, for in doing so, we destroy ourselves.

The New King is the end product of complete awareness, preceiving three hundred and sixty degess of enlightment. He strives for world unity. For him, there are no horizons between races, sexes and senseless labels. For him, everything has meaning, human life is placed above materialistic values. He throws himself completely into the battlefield, ready to sacrifice his life, for the ones he loves, for the sake of humanization.

The New King is endowed with the supreme natural powers that surpass the human scope of comprehension. These highly complexed, energical entities separate him from the abstract world and all those who surrender themselves to vanity and idleness and place materialistic values above and beyond human principle.

The New King sees himself as a subject of decision, a Sun that must glow forever to enlighten those not so fortunate as he. He feels the rays of the Sun glowing in the essence of his being, giving him life, energy and strength - the strength of his unshakeable spirit and the nobleness of his heart. The hypnotizing profundity of his gaze reflects the limitless power of his mind and the unshakeable will to be FREE.

The New King is the turning wheel of change, he recognized what time it is - It's Nation time! He sees the rulers of our present system lavishing their treasures freely on the means of destruction, then towards that which would promote the happiness of mankind. This strife, discord and bloodshed must cease and all oppressed People must unite as one Nation, as one kindred, as one family.

The New King is aware of the fact that in the Almighty Latin KIng Nation, all are servants, Brothers and Sisters - natural allies, together in one nucleus. As soon as one feels a little better than the other, a little superior to the rest, he is in a dangerous position and unless, he casts away the seed of such evil thought, he is not an instrument for the service of the Nation. Just as calamity is due for disobedience, so deliverance from calamity can be obtained from obedience. Turning from the Nation brings inevitable disaster and turning to the Nation brings blessings.

In order to establish the Kingdom of freedom in the world, it must first be established in the hearts of men. The King that lives his life according to the teachings of this Nation is the True King.

-9-

## THE KING MANIFESTO

(Cont, New King)

A King who loves his Nation, his People and Freedom; one who works for universal peace, universal freedom and universal Brotherhood. A man may call himself a King, just as an ugly man may call himself handsome, yet if he does not live the life of a True King, he is not a King, and an ugly man deceives no one.

He who would be a New King needs to be a fearless seeker and lover of freedom. If his heart is pure and his mind is free from prejudice, he shall not fail to recognize freedom from slavery. The call of the New King to mankind is that men should open their eyes and use their reason, not suppress it. It is seeing and free thinking, not servile credulity, that will enable the True King to penetrate the clouds of prejudice, to shake the letters of blind imitation and attain from the realization of truth, a new revelation.

The New King will not only believe in the teachings of his Nation, but will find in them the guide and inspiration for his life and joyfully impart to others the knowledge that is the well-spring of his own being. Only then will he receive the full measure of power of the Almight Latin King Nation.

When a man becomes a New King, the will of the Nation becomes his will; for to be at variance with the Nation is one thing that cannot endure. The Almighty Latin King Nation requires whole-hearted and complete devotion.

How can devine King Love be demonstrated to an unbelieving world, its capacity to endure to the utmost blows of calamity and the treachery of seeming friends; to rise above all this, undismayed and unembittered, still to forgive, bless and unite? The light of King Love irradiates his foggiest days, transmutes his suffering into hope and martydoms itself into a ecstatical bliss. The New King longs to see believers of freedom shouldering the responsibilities of the cause. Now is the time for union and concord. Now is the day of unity, because it's Nation time!

The New King recognizes that the day of resurrection is here. A time for the appearance of a new manifestation of truth. The rising of the dead means spiritual awakening of those who have been sleeping in the graveyard of ignorance. The day of the oppressor must now be judged by the oppressed.

BEHOLD LATIN KING

```
              THE KING MANIFESTO
          ************************
```

## THE CODE OF KINGISM

Every member of the Nation shall honor, respect and protect with his life, the lives and reputation of all members of the Almighty Latin King Nation.

Stand up for those who stand up for themselves, in their quest for peace, justice, freedom, progress and prosperity.

Never exploit or bring harm to any member of the most righteous Tribe - The Lion Tribe - the Almighty Latin King Nation or any other oppressed person or nation.

Respect and protect with your life Brown Women for they are the mothers of our beautiful color, the life of the future Suns of the Universe.

Love and respect children of all races, sexes, cults and religions. Protect them with your life for they are the leaders of tomorrow's Nations.

Honor and respect the Nation Salute for it means, " I DIE FOR YOU"; the Sacred Colors for they represent the People we love and live for - the memory of those who rest in peace, in the sanctuary of the Almighty Father, King of Kings.

Educate yourself, for an illiterate King is a weak King and a weak King has no place in a Strong Nation.

Learn your King Manifesto and live by it, for it shall lead to Peace - Freedom - Justice.

                    BEHOLD LATIN KING

## THE KING MANIFESTO
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NATIONAL EMBLEM
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Crown is the National Emblem of the Almighty Latin King Nation. It displays our royalty among men; our sovereignty and our Kingdom among Nations. The Crown is a symbol that is recognized all over the world and although there are many different types, the two that the Almighty Latin King Nation identify with the most are the Imperial and the Coronet.

The Imperial is the one most generally used to represent our beloved Nation because of its very meaning and magnificence.

Each of the Coronet's five points has a special meaning. They represent Love, Honor, Obedience, Sacrifice and Righteousness. The Crown enthrones our idealism, our belief and attitudes towards a better way of life in the universe...

### SACRED COLORS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Black represents the solid dominant color of the universe, the brave and the bold, the darkness of the immense night. It represents People of one idea, one body, mind and soul, the Alpha and the Omega.

Gold represents the fabulous, brilliant Sun at its highest peak; the splendoring glow of hope in oppressed People, the brillance of the mind and the solid unity in strength, love and sacrifice.

Two colors of natural creations existing since the beginning of time and enduring forever.

### NATIONAL SALUTE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A fist upon our heart...it means, " I DIE FOR YOU", for you are flesh of my flesh, blood of my blood, son of my mother who is the Universal Nature and follower of Yahweh, who is the Almighty Ing of Kings; it also means Love - Strength - Sacrifice.

### BEHOLD LATIN KING

Glory to the Queens and Power to the Kings
Almighty Latin King Love, Yesterday, Tomorrow, Always
And Forever!

-11-

THE KING MANIFESTO
*************************

NATION FLAG

The Flag shall consist of either two stripes - one Black and one Gold - running horizontally with a circle in the upper left corner of the top, with a Crown in the center of the circle, or the Flag may consist of three stripes running vertically with a circle in the center stripe and a Crown in the circle.
    The Flag shall never touch the floor or be placed where dishonor may fall upon it.





BEHOLD LATIN KING

-13-

THE KING MANIFESTO
*************************

FEARLESSNESS

To the Almighty Latin King Nation, fearlessness implies absence of all kinds of fears. It is the freedom from such fears as hunger, humiliation, wrath and the criticism of others. It is also the freedom from the fear of resistance, the freedom from the fear of loss of courage and the freedom from the fear of physical death. It is a necessity for a true Latin King because cowards can never be moral. Fearlessness is indispensable for the growth of other noble qualities.

How can one seek liberation, truth or cherish love without fearlessness? Moral Bravery is, for the Nation, the highest heroism. And it consists in the readiness to sacrifice patiently and fearlessly, everything, including life for the good of other members of the Tribe of Righteousneess out of love for them....

BEHOLD LATIN KING



-13-

THE KING MANIFESTO
*************************

## THE ALMIGHTY EYE

When a King Warrior accepts Kingism as described in the King Manifesto, his life takes a complete turn. For him everything changes. His vision is no longer limited to narrow horizons, instead he is gifted with the power of the Almighty Eye - a Sun that glows to enlighten, through the sense of sight, the New King and the Nation.

The eyes of the Nation are everywhere there is a Nation man, a True King. His perceptions, viewed in the concept of universal human progress, is the reflections of his soul, his ideology, his quest for freedom and his desire for unity among his People. His observations are free and independent; his thoughts are not clouded by any form of prejudice and his actions are based on common sense and knowledge.

Seeing, perceiving and observation by all Kings is the network of the Nation - the eyes of the Almighty Latin King Nation are everywhere.



BEHOLD LATIN KING

-14-

## BROWN FORCE

The Latino can draw additional strength from another force, too if he has the will and the faith.

Anonymous millions of Brown Men and Women have given their life in the fight for liberation. They have fought against colonialism, hunger, ignorance and for the human dignity of our People. They have drawn from one another, through unity, a force of fortitude - Brown Force - the force which provides the splendoring glow of hope in oppressed people. The need they cast into the founding of a Nation - the Almighty Latin King Nation - has withstood the trials of time.

Drawing upon the endurance and fortitude of Brown Force, we continue our quest to unify and insure free political and cultural expression among the Third World People and among the commonwealth of individuals. We are the People's liberating force - Brown Force - the foundation of the Nation.

## BEHOLD LATIN KING

THE KING MANIFESTO

NATION MEN

    Who is a Nation man and who is not? The difference lies in what they do, how they carry themselves and how they talk, but in order for one to really understand the contrast, one must know and understand the principles of the King Manifesto and Modern Kingism.
    One of the clearest contrastive examples is when the so-called Nation Man claims to be a Latin King, a member of the Almighty Latin King Nation, and by the same token says, "I am a Little, A Coulter King, A Pee Wee, I'm from such and such a branch or chapter, etc." He might be a Latin King, that is true, but he definitely is not a Nation Man.

    This clearly testifies that this so-called Nation Man is really a demagogue, a preacher of false philosophy, an agent of confusion and disunity. His mind is broad only to the scope of where his particular "click" is concerned. Outside of that click mentality, his mind meets with the brick wall of prejudice and individualism.
    Nation Men on the other hand are devoted followers and believers of unity, supporters of the harmonious whole. For Nation Men there are no horizons between clicks and branches for they identify only with the Nation, not a particular click, branch or section - natural allies together in one nucleus, one Nation, the Almighty Latin King Nation.

BEHOLD LATIN KING

-16-

THE KING MANIFESTO
*************************

KING AM I

Whether in front or profile I stand
On that finished form let glory bestow
Black its midnight shadow,
Gold its morning glow
In precision clear, a vision ever so bright
That over the rest domineering light
Spreads the extensive vigor of its rays
Any yields to me the power they praise
That majesty, that grace, rarely given
To remove the restraints
With which they confine
To pass before the turning wheel of change
With supreme perfection my aim
Love, truth, and knowledge my claim


Below the thunderous lofty arch of light
The whole in loveliest harmony unites
For a True King the brightest glories soar
The King of Kings applauds him
And the world adores
Let then each be firm allied
And let no one separate or divide
United in strict decorum, time and place
An emulous love and genuine faith
Be Grace, Be Majesty they constant strive
That majesty, that grace - King Am I.



Be it always remembered that the original Manifesto was
written and dedicated to all oppressed people of the
world, to the People and the Nation and to all our beau-
ful Sisters by the Brown Prince of Darkness.  Amor!




BEHOLD LATIN KING


-17-