# EXHIBIT 3



Notes

Charges (Selling Drugs)
without donating
15% to Dalton

Pay to the order
of Dalton funds
$500.00 from
[signature]
Big Lunatic
Witness King Justice