UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10044-MLW |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| EDWIN SERRANO, | ) | 21 U.S.C. § 841(a)-- |
| A/K/A "KING PSYCHO" | ) | Distribution Of Cocaine |
| | ) | Base |
| | ) | |
| | ) | 21 U.S.C. § 841(a)-- |
| | ) | Distribution Of Cocaine |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |
| | ) | Allegation |

## SUPERSEDING INDICTMENT

<u>COUNT ONE</u>:     (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine Base)

The Grand Jury charges that:

On or about February 27, 2003, at Lawrence, in the District of Massachusetts,

**EDWIN SERRANO, AKA "KING PSYCHO"**,

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841

(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO:**     **(21 U.S.C. § 841(a)(1)--Distribution Of Cocaine)**

The Grand Jury further charges that:

On or about April 4, 2003, at Lawrence, in the District of Massachusetts,

**EDWIN SERRANO, AKA "KING PSYCHO",**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1. The defendant is accountable for at least 5 grams, but less than 20 grams, of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, U.S.S.G. §2D1.1(c)(7) applies to the defendant.

2. At the time he committed the offenses charged in this Superseding Indictment, the defendant was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to the defendant.

## **FORFEITURE ALLEGATION**
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 and 2 of this Indictment,

**EDWIN SERRANO, AKA "KING PSYCHO",**

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS


DISTRICT OF MASSACHUSETTS; ___Oct. 14___, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

10/14/04  12:43 PM

-7-

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Lawrence   **Category No.** II   **Investigating Agency** FBI

**City** Lawrence   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X   Case No.  04-10044-MLW
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  EDWIN SERRANO   Juvenile:  ☐ Yes   X No

**Alias Name**  KING PSYCHO

**Address**  71 NEWBURY STREET, APT 4, LAWRENCE, MA

**Birthdate:** 1976   **SS #** 000 00 3776   **Sex:** MALE   **Race:** Hispanic   **Nationalit** US

**Defense Counsel if known:** _____   **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt ; John A. Wortmann, Jr.   **Bar Number if applicable**  565761 AND 534860

**Interpreter:**   ☐ Yes   No   **List language and/or dialect:** _____

**Matter to be SEALED:**   Yes   X No

   X  Warrant Requested   ☐ Regular Process   In Custody

**Location Status:**

**Arrest Date**   **FUGITIVE**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

X  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/14/04   **Signature of AUSA:** _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   EDWIN SERRANO   AKA KING PSYCHO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2  21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____