```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
           v.               )   Cr. No. 04-10044-MLW
                            )
EDWIN M. SERRANO            )
   Defendant.               )
```

## INFORMATION

**COUNT ONE:**    (Title 21, United States Code, Section 851--Notice of Prior Conviction)

The United States Attorney Charges that:

  1.  On or about November 25, 1996, EDWIN M. SERRANO was convicted in Lawrence District Court (Dkt. # 9618CR4215) of Distribution of a Class B Controlled Substance with Intent to Distribute in violation of of the Controlled substance Act;

  2.  EDWIN M. SERRANO has been named as a defendant in an Indictment numbered 04-10044-MLW, charging him with distribution of cocaine base, a/k/a/ "crack cocaine", and distribution of cocaine.

  3.  By way of this information, the government notifies EDWIN M. SERRANO, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1 above.

    All in keeping with Title 21, United States Code, Section 851(a)(1).

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                        By: /s/ PETER K. LEVITT
                            PETER LEVITT
                            Assistant U.S. Attorney

November 15, 2004

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the foregoing document by hand on Roger Witkin, counsel for EDWIN M. SERRANO.

                                        /S/ PETER K. LEVITT
                                        PETER K. LEVITT
                                        Assistant U.S. Attorney

November 15, 2004