AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EDWIN SERRANO

**EXHIBIT AND WITNESS LIST**

Case Number: CR04-10044:001 WGY

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>PETER LEVITT | DEFENDANT'S ATTORNEY<br>ROGER WITKIN |
|---|---|---|
| TRIAL DATE (S)<br>11/15/04 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 11/15/04 | direct | | TODD WOOD, S/A, FBI |
| 1 | | 11/15/04 | X | X | AFFIDAVIT OF FBI AGENT MARK KARANGEKIS (CORRECTIONS NOTED) |
| 2 | | 11/15/04 | X | X | SUMMARY OF DRUG PURCHASES/SEIZURES |
| 3 | | 11/15/04 | X | X | VIDEO-TAPE OF CONTROLLED BUY |
| X | | 11/15/04 | cross | | TODD WOOD, S/A, FBI |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages