UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.     NO. 04 10044 MLW

EDWIN SERRANO

**MOTION FOR TRANSCRIPT OF DETENTION HEARING OF NOVEMBER 15, 2004 AT GOVERNMENT EXPENSE**

The defendant moves for a transcript of testimony taken at the detention hearing of November 15, 2004, at government expense.

The defendant has been adjudicated an indigent.

At that time Special Agent Jeffrey Wood, a Special Agent of the Federal Bureau of Investigation, testified at length and in detail concerning the events giving rise to the above numbered indictment.

Wherefore the defendant moves that he be provided with a transcript of his testimony, at government expense.

_/s/Roger Witkin_
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:   November 17, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10044 MLW

EDWIN SERRANO

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Peter Levitt, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

                                                   */s/ Roger Witkin*
                                              Roger Witkin
                                              6 Beacon Street, Suite l0l0
                                              Boston, MA 02l08
                                              Tel. 6l7 523 0027
                                              Fax 6l7 523 2024
                                              BBO No. 53l780

DATE: November 17, 2004