

CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280



TRANSMITTAL LETTER


TO:         UNITED STATES DISTRICT COURT
            UNITED STATES COURTHOUSE
            ONE COURTHOUSE WAY
            SUITE 2300
            BOSTON, MASS  02210

RE:         EDWIN P. SERRANO

            OUR CASE NUMBER  04-3396-O'SULLIVAN

DATE:       11/05/04

====================================================================

The above-mentioned cause has been transferred to your jurisdiction
pursuant to
                    (Rule 20, 21(b), Rule 40, 18:3653)

Please find enclosed the following documents:

        XX              Original file
    _____

    _____         Certified File (pertinent papers only)

    _____         Magistrate Proceedings

    _____         CASH Bond  Amount $_____
                        (Note:  Cash is not included in this transmittal and will
                        be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING
the enclosed copy of this letter.

Yours sincerely


By____COLETTE FARRINGTON_____
      Magistrate Section

CLOSED INTERP

U.S. District Court
FLS - Southern District of Florida Miami

CRIMINAL DOCKET FOR CASE #: 04-M -3396

USA v. Serrano                                                     Filed: 10/27/04
Assigned to: John J. O'Sullivan


Dkt # in other court: None


EDWIN P. SERRANO (1) , DOB          Public Defender
2/19/76 Prisoner No.#71440-004        [term 11/04/04]
Spanish Interpreter                 FTS 536-4559
aka                                 305-530-7000
King Pyscho                         [COR LD NTC pda]
     defendant                      Federal Public Defender's
  [term 11/04/04]                   Office
                                    150 W Flagler Street
                                    Miami, FL 33130-1556
                                    305-530-7000


Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints                          Disposition

Warrant/Indictment/District of
Massachuxsetts.  Possession
with intent to distribute
crack cocaine

U. S. Attorneys:

   NONE

--------------------------------

10/27/04 ---     ARREST (Rule 40)  of Edwin P. Serrano  for District of
                 Massachusetts (ma) [Entry date 10/28/04]

10/28/04    1    REPORT Commencing Criminal Action as to Edwin P. Serrano
                 DOB: 2/19/76  Prisoner # 71440-004 (ma)
                 [Entry date 10/28/04]

10/28/04    2    ORDER on Initial Appearance as to Edwin P. Serrano Bond set
                 to Temporary Pretrial Detention for Edwin P. Serrano., for
                 Appointment of Public Defender  Detention hearing set for
                 10:00 11/3/04 for Edwin P. Serrano ; Removal hearing set for
                 10:00 11/3/04 for Edwin P. Serrano ;   before Duty
                 Magistrate, ,  ( Signed by Magistrate Judge John J.
                 O'Sullivan  on 10/28/04)  Tape # 04A-63-3257 CCAP (ma)
                 [Entry date 10/28/04] [Edit date 11/03/04]

Docket as of November 4, 2004 3:24 pm                          Page 1

Certified to be a true and
correct copy of the document on file
Clarence Maddox  Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date  11/4/04

·Proceedings include all events.
1:04M 3396      USA v. Serrano                                    CLOSED

                                                                        INTERP

| 10/28/04 | 4 | INTERPRETER required for Edwin P. Serrano    Language: Spanish (ma) [Entry date 10/28/04] [Edit date 11/03/04] |
| 10/28/04 | 2 | Copy of indictment District of Massachusetts by USA as to Edwin P. Serrano (ma) [Entry date 11/03/04] |
| 11/01/04 | 5 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Edwin P. Serrano (ma) [Entry date 11/03/04] [Edit date 11/03/04] |
| 11/04/04 | 3 | WAIVER of Removal Hearing by Edwin P. Serrano (Signed by Magistrate Judge Patrick A. White on 11/3/04) [EOD Date: 11/4/04]  Tape # 04B-35-2802 (ea) [Entry date 11/04/04] |
| 11/04/04 | 4 | STIPULATED ORDER OF DETENTION as to Edwin P. Serrano (Signed by Magistrate Judge Patrick A. White on 11/3/04) Tape # 04B-35-2802 CCAP (ea) [Entry date 11/04/04] |
| 11/04/04 | 5 | WARRANT OF REMOVAL issued as to Edwin P. Serrano . Warrant issued by Magistrate Judge Patrick A. White (ea) [Entry date 11/04/04] |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   04-3396-O'SULLIVAN

UNITED STATES OF AMERICA,

v.

**WARRANT OF REMOVAL**

EDWIN SERRANO,

REG# 71426-004

A(n)_____ Complaint

___X___ Indictment

_____ Information

_____ Probation Violation Warrant

_____ Bench Warrant

FILED by
MAG. SEC. _____ D.C.

NOV - 4 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

having been filed in the _DISTRICT OF MASSACHUSETTS, BOSTON_____ charging

the above named defendant with _DISTRIBUTION OF CRACK COCAINE_____
and the defendant having

_____ surrendered

__XX__ been arrested

in the Southern District of Florida, having had an initial appearance before the
Court and having:

___✓___ waived further hearing

_____ been given a hearing in accordance
with **Fed.R.Crim.P.** 40.

having not posted the bail as set by the Court, the defendant is hereby committed
to the custody of the United States Marshal for removal to the District where the
charge is pending and delivery to the United States Marshal for that District or
his lawfully authorized representative.

**DONE AND ORDERED** at Miami, Florida this__ 3rd __day _of_ NOVEMBER___ , 2004.

TAPE NO.04B- 35-2802

_____
**PATRICK A. WHITE**
**UNITED STATES MAGISTRATE JUDGE**

c: AUSA
   Defense
   Pretrial Services
   U.S. Marshal (2 certified copies)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: *04-3396 - O'SULLIVAN*

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

*EDWIN SERRANO*

      Defendant.
_____/

**STIPULATED ORDER OF DETENTION**

FILED by ____ D.C.
MAG. SEC.

NOV - 4 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI

     **THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

     **ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties.   The Defendant reserves the right to have a Pretrial Detention Hearing upon his/her request.

     **DONE AND ORDERED** at Miami, Florida this *3rd* _____ day of *November*, 2004.

TAPE NO:04B-*35-2800*-

_____
**PATRICK A. WHITE**
**UNITED STATES MAGISTRATE JUDGE**

c:    AUSA
       Defense Counsel
       Pretrial Services
       U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: *04-3396-O'Sullivan*

UNITED STATES OF AMERICA,

vs.

*Edwin Serrano*

**WAIVER**

I, *Edwin Serrano* _____, the above-named defendant,
being advised of the nature of the charge(s) pending against me in
the U.S. District Court, Southern District of Florida, hereby
acknowledge the following facts to be true:

1)  I have been fully advised of my rights, specifically my
right to *a removal hearing* _____.

2)  I possess full knowledge and understanding of the charges
pending against me in this case.

3)  Of my own free will, I do hereby refuse and waive in open
court on *11/03/04* _____, my right to
*a removal hearing* _____.

DATED: _____

_____
Defendant

_____
Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the
defendant, having been advised of his Constitutional rights, has
refused and waived his/her right to _____
_____.

DATED this *3rd* day of *November*, 200_, at MIAMI,
Southern District of Florida.

TAPE NO.04-B-*35-2802*

_____
PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services/Probation
   U.S. Marshal

formbwai.ver

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

### CASE NO. 04-3396-O'SULLIVAN

NIGHT BOX
FILED

NOV 0 1 2004

CLARENCE MADDOX
9. TWE, USDC / SDFL / MIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**EDWIN SERRANO**
**a/k/a "KING PSYCHO"**

    **Defendant.**
_____/

### DEFENDANT'S INVOCATION OF
### <u>RIGHT TO SILENCE AND COUNSEL</u>

The defendant named above does hereby invoke his rights to remain silent and to counsel

with respect to any and all questioning or interrogation, regardless of the subject matter, including,

but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial

release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to

sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines,

restitution, immigration status or consequences resulting from arrest or conviction, appeals or other

post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is

honored, by forwarding a copy of it to all law enforcement agents, government officials, or



employees associated with the investigation of any matters relating to the defendant. Any contact

with the defendant must be made through the defendant's lawyer, undersigned counsel.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER


By: _____
Anne M. Lyons
Assistant Federal Public Defender
Florida Bar No. 572047
150 W. Flagler Street, Suite 1700
Miami, FL 33130-1556
Telephone: (305) 530-7000
Fax: (305) 536-4559
E-mail: anne_lyons@fd.org


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been

served via interoffice on the United States Attorney, 99 N. E. 4th Street, Miami, Florida 33132-2111,

this 1st day of November, 2004.

_____
Anne M. Lyons


J:\Serrano, Edwin Reg71440-004\Pleadings\Invocation.wpd

2

CASE NUMBER    04-3396-O'SULLIVAN


INTERPRETER REQUIRED IN CASE


FOREIGN LANGUAGE_____

DEFENDANT(S)  EDWIN SERRANO
                   A/K/A KING PSYCHO

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  04-3396-O'SULLIVAN

UNITED STATES OF AMERICA

        Plaintiff,

v.

**EDWIN SERRANO**
A/K/A KING PSYCHO
**DOB:02/19/76     (J)71440-004**

        Defendant.

_____ ORDER ON INITIAL APPEARANCE

AUSA _____     Language _____
Agent FBI _____     Tape No. 04A/ _63-3257_

    The above-named defendant having been arrested on _10/27/04_ having appeared before the court for initial appearance **on _10/28/04_** and proceedings having been held in accordance with **Fed.R.Cr.P.  r. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2004.

4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am_ _11/3_, 2004.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _govt alleges / risk of flight & danger_
    A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_ _11/3_, 2004.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

EDWIN SERRANO a/k/a King Psycho

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____
_____

    This bond was set: At Arrest _____
                     On Warrant _____
                     After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Miami, Florida this 28TH day of OCTOBER , 2004.


                    _____
                    JOHN J. O'SULLIVAN
                    **UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services

002

st for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF
## MASSACHUSETTS

**UNITED STATES OF AMERICA**

04-3396-O'Sullivan

**WARRANT FOR ARREST**

v.

Case Number:

**EDWIN SERRANO**
**A/K/A "KING PSYCHO"**

To:     The United States Marshal
and any Authorized United States Officer

2004 OCT 14 P 4: 34
U.S. MARSHAL SERVICE
BOSTON, MA

YOU ARE HEREBY COMMANDED to arrest     **EDWIN SERRANO, A/K/A "KING PSYCHO"**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH  (brief description of offense)

**DISTRIBUTION OF COCAINE BASE, ALSO KNOWN AS "CRACK COCAINE", AND
DISTRIBUTION OF COCAINE**

in violation of Title     21     United States Code, Section(s)     841(a)

**ROBERT B. COLLINGS**
Name of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

Signature of Issuing Officer

**Boston, MA;     October 14, 2004**
Date and Location

Bail fixed at $ _____

BY

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, Suite 6420
1 Courthouse Way
Boston, MA 02210

| RETURN | | |
|---|---|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

 

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff <br><br> -vs- <br><br> EDWIN SERRANO <br> Defendant | CASE NUMBER: CR: 04-3396-O'Sullivan <br><br> REPORT COMMENCING CRIMINAL <br> ACTION <br><br> 71440-004 <br> USMS NUMBER |

---

TO: CLERK'S OFFICE  (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT          (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS.  INFORMAION NOT APPLIOCABLE ENTER  N/A.

(1) **DATE AND TIME OF ARREST:** 10/27/2004        A M _____ (PM) 4:00

(2) **LANGUAGE SPOKEN:** SPANISH / ENGLISH

(3) **OFFENSE (S) CHARGED:** DIST OF COCAINE

---

(4) **DATE OF BIRTH:** 02/19/76

(5) **TYPE OF CHARGING DOCUMENT:**    (CHECK ONE)
☒ INDICTMENT    {  } COMPLAINT TO BE FILED/ALREADY FILED
{  } BENCH WARRANT FOR FAILURE TO APPEAR
{  } PROBATION VIOLATION WARRANT
{  } PAROLE VIOLATION WARRANT
**ORINGINATING DISTRICT:** MASSACHUSETTS

(6) **REMARKS:** _____

(7) **DATE:** 10/27/04    (8) **ARRESTING OFFICER:** JERAL FLOYD

(9) **AGENCY:** FBI    (10) **PHONE:** _____

(11) **COMMENTS:** _____