# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
11-15-04
USDC
By ___ Deputy Clerk

SCANNED
DATE: 1-15-04
BY: ___

UNITED STATES OF AMERICA

v.

**EDWIN SERRANO**
**A/K/A "KING PSYCHO"**

WARRANT FOR ARREST

Case Number: 04-10044

U.S. MARSHAL SERVICE
BOSTON, MA
2004 OCT 14 P 4:34

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**EDWIN SERRANO, A/K/A "KING PSYCHO"**__
                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**DISTRIBUTION OF COCAINE BASE, ALSO KNOWN AS "CRACK COCAINE", AND DISTRIBUTION OF COCAINE**

in violation of Title __21__ United States Code, Section(s) __841(a)__.

**ROBERT B. COLLINGS**
Name of Issuing Officer

_____
Signature of Issuing Officer

Bail fixed at $ _____

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

**Boston, MA;   October 14, 2004**
Date and Location

BY

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, Suite 6420
1 Courthouse Way
Boston, MA 02210

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 10/27/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |