DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-10044-MLW |
| ) | |
| EDWIN M. SERRANO, a/k/a ) | |
| "King Psycho", ) | |
| Defendant. ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from December 22, 2004 (the date of the Initial Status Conference) to and including January 27, 2005 (the date of the Final Status conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial. The defendant, through counsel, assents to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /S/ PETER K. LEVITT
PETER K. LEVITT
Assistant U.S. Attorney

December 22, 2004