UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                CRIMINAL CASE
V.                NO. 04-10044 MLW

EDWIN SERRRANO
    Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On December 21, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. There is no supplemental discovery anticipated;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government no later than twenty-one (21) days before trial and the defendant will provide expert discovery no later than seven (7) days before trial ;

5. The applicable periods of excludable delay under the Speedy Trial Act include: November 15, 2004, through December 13, 2004 (28 days) and December 21, 2004, through January 27, 2005 (36 days), for a total of sixty-four (65 days) days as of December 21, 2004. The government and defense have not yet filed a joint motion for excludable delay for the time period November 16, 2004, through December 20, 2004. The total amount of time to proceed to trial is sixty-five (65) days as of December 21, 2004;

6. Trial is anticipated at this time. If the case were to proceed to trial, the parties anticipate a three (3) to five (5) day trial;

7.  There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. Dispositive motions shall be due on or before January 27, 2005, with the defendant's motions due January 4, 2005.  A **Final Status Conference** is scheduled at **11:00 a.m.** on **February 5, 2005,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

    HONORABLE JOYCE LONDON ALEXANDER
    U.S. MAGISTRATE JUDGE

    By the Court:

<u>January 4, 2005</u>    <u>/S/ Rex Brown         </u>
Date    Courtroom Clerk
    (617) 748-9238