UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10044 MLW

EDWIN SERRANO

## MOTION FOR FUNDS FOR INTERPRETER

The defendant moves for funds not to exceed $1,000.00 for interpreter expenses in this case.

The defendant's counsel is a panel attorney who is court appointed. The defendant does not speak English and requires the services of an interpreter.

The interpreter has been kind enough to accompany counsel to visit the defendant on one occasion thus far at the Essex County Jail at Middleton, Massachusetts, and several more visits will be required.

                                  */s/Roger Witkin*
                                  ROGER WITKIN
                                  6 Beacon Street, Suite 1010
                                  Boston, MA 02108
                                  Tel. 617 523 0027
                                  Fax 617 523 2024
                                  BBO No. 531780

DATED:   January 18, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 04 10044 MLW

EDWIN SERRANO

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was sent by courtesy copy to the Clerk of Court and AUSA Peter K. Levitt by mail, which was e-filed this day.

    /s/ Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE: January 18, 2005