UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                               NO. 04 10044 MLW

EDWIN SERRANO

**MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT**

The defendant moves to strike as surplusage from the indictment the entire of page 4 entitled "Notice of Additional Factors".

The additional factors referred to are matters under the United States Guidelines that have been declared unconstitutional. See *United States v. Booker and Fanfan*,     U.S.     (2005).

*/s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:   January 24, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10044 MLW

EDWIN SERRANO

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Peter K. Levitt, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

                                           */s/ Roger Witkin*
                                           Roger Witkin
                                           6 Beacon Street, Suite l0l0
                                           Boston, MA 02l08
                                           Tel. 6l7 523 0027
                                           Fax 6l7 523 2024
                                           BBO No. 53l780

DATE:  January 24, 2005