DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              )    Cr. No. 04-10044-MLW
                            )
EDWIN M. SERRANO, a/k/a     )
    "King Psycho",          )
    Defendant.              )

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from January 27, 2005 (the originally scheduled date of the Final Status Conference) to and including February 1, 2005 (the date of the continued Final Status conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial.  The defendant, through counsel, assents to this request.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /S/ PETER K. LEVITT
                                    PETER K. LEVITT
                                    Assistant U.S. Attorney

January 31, 2005