DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-10044-MLW |
| ) | |
| EDWIN M. SERRANO, a/k/a ) | |
| "King Psycho", ) | |
| Defendant. ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from February 1, 2005 (the date of the Final Status Conference) to and including March 22, 2005 (the date of the Further Final Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  For the reasons stated in Court on February 1, 2005, the defendant, through counsel, assents to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /S/ PETER K. LEVITT
PETER K. LEVITT
Assistant U.S. Attorney

February 1, 2005