UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10044MLW

EDWIN SERRANO
        Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On February 1, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motion;

3. There is no supplemental discovery anticipated;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: November 15, 2004, through December 13, 2004 (28 days); December 21, 2004, through January 27, 2005 (36 days) and January 27, 2005, through February 1, 2005 (5 days), for a total of sixty-nine (69 days) days as of December 21, 2004. Additionally, The government and defense have filed a joint motion for excludable delay for the time period February 1, 2005, through March 22, 2005.
   (b) The total amount of time to proceed to trial is sixty-three (63) days as of February 1, 2005;
   (c) There are pending and anticipated motions that may cause additional excludable time under the Speedy Trial Act;

5. (a) The defendant does not intend to raise a defense of insanity.
   (b) The defendant does not intend to raise a defense of public authority.

6. The Government has requested notice of alibi by the defendant and the defendant has

not repsonded;

7.  (a) There are  pending motion to sever, suppress or dismiss requiring a ruling by the District Court before trial;
   (b) A briefing schedule has not yet been established;

8.  The parties have requested that the case not be reported to the District Judge prior to filing of additional pretrial motions and request a further Final Status Conference;

9.  Resolution of case without trial is uncertain;

10.  Trial is uncertain.  If trial were to become necessary, the estimated duration of trial would be three (3) to five (5) days;

11.  There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date  pursuant to Fed. R. Crim. P. 12 (c) has not been established.  An **further final Status Conference**  is scheduled at **3:00 p.m.** on **March 22, 2005,** in Courtroom 24, 7th floor.

    HONORABLE JOYCE LONDON ALEXANDER
    U.S. MAGISTRATE JUDGE

    By the Court:

March 7, 2005    /S/ Rex Brown
Date    Courtroom Clerk
    (617) 748-9238