UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    NO. 04 10044 MLW

EDWIN SERRANO

## MOTION IN REGARD TO COUNSEL

The defendant moves for a hearing with the defendant in attendance, in regard to the status of counsel.

The defendant says that undersigned counsel, in his last conversation with the intermediary who speaks in English and then speaks in Spanish to the defendant, the defendant indicated that the undersigned was "fired".

**Wherefore, the defendant requests that the Court conduct a hearing in regard to the status of counsel at the earliest convenience of the Court, with the '**

**defendant in attendance.**

      /s/ROGER WITKIN

  ROGER WITKIN
  6 Beacon Street, Suite 1010
  Boston, MA 02108
  Tel. 617 523 0027
  Fax 617 523 2024
  BBO No. 531780

DATED: May 6, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 04 10044 MLW

EDWIN SERRANO

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Peter K. Levitt, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

      */s/ Roger Witkin*
      Roger Witkin
      6 Beacon Street, Suite l0l0
      Boston, MA 02l08
      Tel. 6l7 523 0027
      Fax 6l7 523 2024
      BBO No. 53l780

DATE:   May 6, 2005