**Commonwealth of Massachusetts**

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 SS                                    Boston Fedral COURT

COMMONWEALTH OF MASSACHUSETTS  )
                                )
                    VS.         )   DOCKET NO. 04 10044 MLW
                                )
Edwin SERRANO                   )
       (Defendant)

### DEFENDANT'S MOTION for APPOINTMENT of COUNSEL

The Defendant, Edwin SERRANO, moves that the Court appoint counsel to represent him in the above captioned matter. It support thereof, the defendant states:.

1. That he is indigent and financially unable to retain counsel as attested to by the attached Affidavit of Indigency;
2. That he needs the assistance of counsel to adequately present his motion;
3. That attorney ROGER WITKIN, who represented the Defendant, has failed to respond to the Defendant's phone calls and letters and the Defendant can no longer afford to pay Attorney ROGER WITKIN.
4. That he is entitled to assistance of counsel under the Sixth and Fourteenth Amendments of the Constitution.

Respectfully submitted,

(DEFENDANT)
Essex County Correctional Facility
Housing Unit: 240C-Cell # 753
Post-Office Box 807
Middleton, MA 01949

Date: 5-1-05

E.C.C.F.
LIBRARY