# COMMONWEALTH OF MASSACHUSETTS

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, SS                           Boston Fedral COURT

Commonwealth of Massachusetts

      Vs.                                 Docket number: 04/0044

Edwin Serrano

### DEFENDANTS MOTION TO DISMISS COUNCIL

Now comes the defendant and respectfully moves this Honorable Court to dismiss the legal council appointed to him in the above captioned Matter for reasons as stated below:

ATTORNEY ROGER WITKIN DOES NOT REPRESENT MY BEST INTEREST IN MY CASE. WHEN I SPOKE TO ATTORNEY WITKIN ON THE PHONE HE STATED HE REALLY DIDN'T WANT MY CASE ANYWAY THAT HE JUST WANTS ME TO PLEAD GUILTY 27 YEARS, THATS NOT IN MY BEST INTREST I WOULD LIKE ANOTHER ATTORNEY.

In consideration thereof, this defendant urges the court grant this motion as quickly as possible.

Respectfully Submitted,

_[signature]_
(Defendant)
ESSEX COUNTY CORRECTIONAL FACILITY
Housing Unit 240 C    Cell # 753
POST OFFICE BOX 807
MIDDLETON MASS 01949

Dated: 5-1-05

E.C.C.F.
LIBRARY