## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## <u>ORDER OF REFERENCE</u>

Check if previously referred        X

UNITED STATES of AMERICA

V.                                    CR No.  04-10044-001-MLW

EDWIN SERRANO                         Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge ALEXANDER  for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)        Referred for discovery purposes only.

(D)        Referred for Report and Recommendation on:

           (  ) Motion(s) for injunctive relief
           (  ) Motion(s) for judgment on the pleadings
           (  ) Motion(s) for summary judgment
           (  ) Motion(s) to permit maintenance of a class action
           (  ) Motion(s) to suppress evidence
           (  ) Motion(s) to dismiss
           (  ) Post Conviction Proceedings[1]
           See Documents Numbered: _____

(E)        Case referred for events only.  See Doc. No(s). _____

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
           (  ) In accordance with Rule 53, F.R.Civ.P.
           (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    X   Special Instructions:   <u>Motion for Appointment of Counsel (docket no. 41), Motion to Dismiss Appointed Counsel (docket no. 42) and Motion for Hearing (docket no. 40)</u>

<u>June 13, 2005</u>                       By:    <u>/s/ Dennis O'Leary                          </u>
Date                                         Deputy Clerk

**(order-ref-mag-cr.wpd - 05/2003)**

---

[1]    See reverse side of order for instructions