# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her deputies, and to:**
Essex County Correctional Facility, Middleton, MA

**YOU ARE COMMANDED** to have the body of **Edwin Serrano** now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom No. **24**, on the **7TH** floor, Boston, Massachusetts on **Tuesday, July 19, 2005**, at **10:30** A.M. for the purpose of an **Motion Hearing** in the case of **United States** v. **Edwin Serrano** Criminal Matter Number **04-10044-MLW**.

And you are to retain the body of said **Edwin Serrano** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Edwin Serrano** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **13**$^{th}$ day of **July** 20**05**.

**/s/ Joyce L. Alexander**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**SARAH A. THORNTON, CLERK**

**By:    /s/ Eugenia Edge**
**SEAL                Deputy Clerk**

(Habcorp.wrt - 10/96)                    [kwhcap.] or
                                         [kwhcat.]