UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.　　　　　　　　NO.  04 10044 MLW

EDWIN SERRANO

## MOTION TO CONTINUE HEARING

The Court has set Tuesday, July 19, 2005 at 10:30 a.m. as the time for a hearing on the motions filed, by counsel and by the pro se defendant, in regard to the issue of counsel.

Counsel for this defendant, the undersigned, is starting the case of *Commonwealth v. Gregory Wall*, a first degree murder case, in the Norfolk Superior Court at 9:00 a.m. on July 19, 2005, as per the order of Judge Judith Fabricant, the trial judge.

Wherefore the defendant moves that the hearing scheduled now for Tuesday, July 19, 2005 at 10:30 a.m. in regard to the motions in regard to counsel, be changed until some date in early August.

Counsel is available on the following dates:  Thursday, August 4; Tuesday, August 9; Wednesday, August 24; Wednesday, August 31.

　　　　　　　　　　　　　　　　　　　*/s/ROGER WITKIN*

　　　　　　　　　　　　　　　　　ROGER WITKIN
　　　　　　　　　　　　　　　　　　6 Beacon Street, Suite 1010
　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　Tel. 617 523 0027
　　　　　　　　　　　　　　　　　　Fax 617 523 2024
　　　　　　　　　　　　　　　　　　BBO No. 531780

DATED:  July 15, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 04 10044 MLW

EDWIN SERRANO

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Peter K. Levitt, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:   July 15, 2005