UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    NO. 04 10044 MLW

EDWIN SERRANO

## COUNSEL'S POSITION IN REGARD TO THE DEFENDANT'S REQUEST FOR THE APPOINTMENT OF COUNSEL

Present counsel for the defendant has filed a motion in regard to counsel indicating that the defendant has told counsel that he is "fired".

The defendant *pro se* has filed his motion for the appointment of counsel.

Defense counsel, the undersigned, desires that the defendant have the counsel of his choice which obviously the undersigned is not.

Therefore, the position of counsel is that he has no objection at all to the Court appointing new counsel for this defendant.

                                                                          /s/ROGER WITKIN

                                          ROGER WITKIN
                                          6 Beacon Street, Suite 1010
                                          Boston, MA 02108
                                          Tel. 617 523 0027
                                          Fax 617 523 2024
                                          BBO No. 531780

DATED:  July 15, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    CRIMINAL NO. 04 10044 MLW

EDWIN SERRANO

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Peter K. Levitt, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:    July 15, 2005