DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>EDWIN M. SERRANO,      )<br>   Defendant.        ) | Cr. No. 04-10044-MLW |

**ASSENTED TO MOTION OF THE UNITED STATES TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from March 22, 2005 (the date of the hearing on defendant's motion to compel) to and including April 11, 2005 (the date the Court denied defendant's motion to compel) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)) and the period of time from May 3, 2005 (the date defendant filed his motion to dismiss counsel) to and including July 19, 2005 (the date of the hearing on, and denial of, defendant's motion to dismiss counsel). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to the relief requested herein at the July 19, 2005 hearing.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   /S/ PETER K. LEVITT
                              PETER K. LEVITT
July 24, 2005                 Assistant U.S. Attorney