# ROGER WITKIN

ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

TEL (617) 523-0027
FAX (617) 523-2024

August 5, 2005

Rex Brown, Courtroom Clerk for
Honorable Joyce London Alexander
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**RE: UNITED STATES V. EDWIN SERRANO**
**No. 04 10044 MLW**

Dear Mr. Brown:

Would you kindly be advised that Mr. Serrano wishes to tender a plea to the indictment.

Thank you very much for your assistance in this.

Very truly yours,

ROGER WITKIN

/slw

c.c.   client
       AUSA Peter K. Levitt