UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  **CRIMINAL CASE**

**NO. 04-10044-MLW**

V.

**EDWIN SERRANO**
        **Defendant(s)**

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a CHANGE OF PLEA on **SEPTEMBER 6, 2005** at 2:30 P.M. before Judge Wolf in Courtroom # **10** on the **5**th floor.

                                                    SARAH A. THORNTON
                                                    CLERK OF COURT

**August 25, 2005**           By:  /s/ Dennis O'Leary
     Date                                Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                    [ntchrgcnf.]
                                      [kntchrgcnf.]