UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10044

| United States of America | Edwin Serrano |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Levitt | Roger Witkin |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 9/6/05 | Interpreter, Luis Szekely, sworn in. |
| | Defendant takes the stand and is sworn in. |
| | Plea colloquy given. |
| | Government states the maximum penalty. |
| | Government summarizes the evidence it would present had the case gone to trial. |
| | Defendant pleads guilty to all counts. Court orders the clerk to enter the same |
| | Sentencing set for 11/29/05 at 3:00 PM - procedural order to issue. |
| | Defendant remanded to the USM. |
| | Defense counsel asks the court for an order that the defendant be brought into the Middlesex Superior Court in order to vacate defaults and convictions in the state court. Court instructs the defendant to file a written motion and supporting affidavit if he intends to pursue this matter by September 16, 2005. |