UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>UNITED STATES</u>**

**V.**

**<u>EDWIN SERRANO</u>**
      **Defendant(s)**

CRIMINAL CASE
NO. <u>04-10044-MLW</u>

**<u>NOTICE OF CANCELLATION/RESCHEDULING</u>**

<u>**WOLF, D.J.**</u>

1) **The <u>SENTENCING HEARING</u> before Judge <u>Wolf</u>, PREVIOUSLY SCHEDULED for <u>NOVEMBER 29, 2005</u> at <u>3:00 PM</u> has been RESCHEDULED to <u>DECEMBER 19, 2005,</u> at <u>3:00 P.M.</u> in Courtroom # <u>10</u>  on the <u>5th</u> floor.**

2) **If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by DECEMBER 5, 2005.  Any responses shall be filed by DECEMBER 12, 2005.**

3) **Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.**

                                                    SARAH A. THORNTON
                                                  CLERK OF COURT

**November 8, 2005**                           By:    <u>/s/ Dennis O'Leary</u>
      **Date**                                                   **Deputy Clerk**
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                         [ntchrgcnf.][kntchrgcnf.]