```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )    Cr. A. No. 04-10044-MLW
                              )
EDWIN SERRANO                 )
```

ORDER

WOLF, D.J.                                         December 5, 2005

Defendant Edwin Serrano's Motion for Appropriate Relief (the "Motion") is not opposed and, in any event, is meritorious. Accordingly, it is hereby ORDERED that:

1. The Motion (Docket No. 54) is ALLOWED.

2. The United States Marshal for the District of Massachusetts (the "Marshall") shall deliver Serrano in response to any state court writ of habeas corpus.

3. The Marshall shall, by December 17, 2005, file an affidavit stating why prior state court writs of habeas corpus for Serrano have not been obeyed.

```
                              /s/ MARK L. WOLF
                              UNITED STATES DISTRICT COURT
```