```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. A. No. 04-10044-MLW |
| | ) | |
| EDWIN SERRANO | ) | |

## ORDER

WOLF, D.J.                                              December 16, 2005

It is hereby ORDERED that the attached affidavit of William T. Fallon be sent to counsel in this case.

```
                              /S/ MARK L. WOLF
                            UNITED STATES DISTRICT JUDGE
```