UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-10044-MLW |
| ) | |
| EDWIN M. SERRANO ) | |
|    Defendant. ) | |

**SUPPLEMENTAL INFORMATION**

    The government hereby supplements the Information that it filed on November 15, 2004, to include an additional prior drug trafficking conviction (dated November 16, 1994). The additional drug trafficking conviction does not change the mandatory minimum and maximum sentences applicable in this case, which remain, respectively, 10 years (minimum) and life (maximum). See 21 U.S.C. § 841(b)(1)(B).

**COUNT ONE:**    (Title 21, United States Code, Section 851--Notice of Prior Conviction)

The United States Attorney Charges that:

    1. On or about November 25, 1996, EDWIN M. SERRANO was convicted in Lawrence District Court (Dkt. # 9618CR4215) of Distribution of a Class B Controlled Substance with Intent to Distribute in violation of of the controlled substances act;

    2. On or about November 16, 1994, EDWIN M. SERRANO was convicted in Middlesex Superior Court (Dkt. # MICR1994-01511-8) of manufacturing, distributing, dispensing, or possessing with intent to distribute cocaine in violation of the controlled substances act;

3. EDWIN M. SERRANO has been named as a defendant in an Indictment numbered 04-10044-MLW, charging him with distribution of cocaine base, a/k/a/ "crack cocaine", and distribution of cocaine.

4. By way of this information, the government notifies EDWIN M. SERRANO, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of felony drug offenses as set out in paragraphs 1 and 2 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ PETER K. LEVITT
    PETER LEVITT
    Assistant U.S. Attorney

February 8, 2006