**ROGER WITKIN**

ATTORNEY AT LAW

6 BEACON STREET

BOSTON, MASSACHUSETTS 02108

---

TEL (617) 523-0027

FAX (617) 523-2024

February 27, 2006

Dennis O'Leary, Courtroom Clerk for
Honorable Mark L. Wolf
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: **UNITED STATES V. EDWIN SERRANO**
     **NO. 04 10044 MLW**

Dear Mr. O'Leary:

Pursuant to the order of Judge Wolf dated February 10, 2006, kindly be advised that the convictions in Middlesex County have as yet not been vacated.

A hearing was held before Judge Zobel on February 24, and the marshals had still not brought Mr. Serrano in.

Judge Zobel continued the matter for further hearings until 2:00 p.m. on Thursday, March 16, 2006.

Pursuant to the Judge's Order I am mailing copies of this report to Probation and the government.

Thank you very much for your assistance.

Very truly yours,

*[signature]*

**ROGER WITKIN**

/slw

c.c.   client
       AUSA Peter K. Levitt
       Mr. Craig O'Leary
       USPO Tricia Marcy