UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
          v.                )   Cr. A. No. 04-10044-MLW
                            )
EDWIN SERRANO               )


                              ORDER

WOLF, D.J.                                        March 10, 2006

   In the attached December 5, 2005 Order, the court ordered that "[t]he United States Marshal for the District of Massachusetts shall deliver [defendant Edwin] Serrano in response to any state court writ of habeas corpus: In the enclosed February 26, 2006 letter, Serrano's counsel states that "[a] hearing was held [in Middlesex Superior Court] before Judge Zobel on February 24, and the marshals had still not brought Mr. Serrano in."  Defense counsel does not state whether a writ of habeas corpus had been used for Serrano to appear on February 24, 2006.

   Accordingly, it is hereby ORDERED that:

   1.   Acting Marshal William Fallon shall, by March 15, 2006, file an affidavit stating whether a writ of habeas corpus was issued for the production of Serrano in state court on February 24, 2006.

   2.   If such a writ of habeas corpus was issued, in his affidavit, the Acting Marshal should seek to explain why the court should not institute civil and/or criminal contempt proceedings for

the failure to obey the December 5, 2005 Order.

                                                    /s/ MARK L. WOLF  
                                                 UNITED STATES DISTRICT JUDGE