UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                              **CRIMINAL  CASE**

                                                                                                                **NO.** <u>04-10044-MLW</u>
                       V.

<u>**EDWIN SERRANO**</u>
                **Defendant(s)**

### NOTICE OF HEARING

<u>**WOLF, D.J.**</u>

   PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on <u>JUNE 5, 2006</u> at 2:30 A.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5</u>th floor.

                                                                                    SARAH A. THORNTON
                                                                                    CLERK OF COURT

<u>May 11, 2006</u>                                          By:     <u>/s/ Dennis O'Leary</u>
       Date                                                           Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                                          [ntchrgcnf.]
                                                                                  [kntchrgcnf.]