UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              NO. 04 10044 MLW

EDWIN SERRANO

**MOTION TO CHANGE DATE OF SENTENCING**

The Court has set down Monday, June 5, 2006 at 2:30 p.m. as the date and time for the sentencing of the above named defendant.

Counsel is to start that morning in a double murder case in Boston entitled *Commonwealth v. Terrance Brown*, indictment no. 2001 10891, previously scheduled to be tried before Judge Hinkle, now scheduled to be tried before Judge Charles T. Spurlock.

Counsel has been <u>ordered</u> to try this case.

Wherefore the defendant moves that the *Serrano* sentencing be moved from June 5, 2006 to some other date.

Counsel suggests either June 23 or June 30, 2006, as the date for sentencing in the *Serrano* matter.

                                          */s/Roger Witkin*
                                          ROGER WITKIN
                                          6 Beacon Street, Suite 1010
                                          Boston, MA 02108
                                          Tel. 617 523 0027
                                          Fax 617 523 2024
                                          BBO No. 531780

DATED:   May 15, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 04 10044 MLW

EDWIN SERRANO

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Peter Levitt and AUSA John Wortmann by mail and electronic filing, which was e-filed this day.

                                            */s/ Roger Witkin*
                                            Roger Witkin
                                            6 Beacon Street, Suite l0l0
                                            Boston, MA 02l08
                                            Tel. 6l7 523 0027
                                            Fax 6l7 523 2024
                                            BBO No. 53l780

DATE: May 15, 2006