UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal No. 04-10044-MLW |
| ) | |
| **EDWIN SERRANO** ) | |

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

    The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Edwin Serrano notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that the defendant be awarded a three-point reduction for acceptance of responsibility.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                 By: /s/ John A. Wortmann, Jr.
_____             JOHN A. WORTMANN, JR.
                                            Assistant U.S. Attorney
                                            617-748-3207