UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              CRIMINAL NO. 04-10044 mw

EDWIN SERRANO

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the defendant Edwin Serrano moves the Court for an order appointing counsel to represent him for the purpose of determining whether the defendant is eligible for a reduction in his sentence as a result of the actions of the Sentencing Commission reducing the crack cocaine guidelines and making the reduction retroactive to previously-sentenced defendants, and, if appropriate, representing the defendant in seeking a reduced sentence.

EDWIN SERRANO