# ROGER WITKIN

ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

TEL (617) 523-0027
FAX (617) 523-2024



March 7, 2008

Dennis O'Leary, Courtroom Clerk for
Honorable Mark Wolf
Clerks Office
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: **UNITED STATES V. EDWIN SERRANO**
    **NO. 04-10044 MLW**

Dear Dennis:

I was appointed to represent Edwin Serrano who was sentenced by Chief Justice Wolf sometime ago.

In regard to the recent actions of the Sentencing Commission enclosed herein kindly find his recently executed financial affidavit and a motion for appointment of counsel.

Would you kindly bring these to the attention of Chief Justice Wolf.

Thank you very much.

Very truly yours,

ROGER WITKIN

/slw
encs.
c.c.   client
       United States Attorneys Office