## ATTORNEY ASSIGNMENT REQUEST

Defendant: Edwin Serrano

Case & Defendant Number: CR04-10044-001

Date of Appointment: March 14, 2008

Appointed by: CJ Wolf

Attorney Withdrawn

Date of Withdrawal

Reason for Withdrawal

Number of Counts

Charge(s) and Cite(s)

Indictment    X            Information            Probation Revocation

Number of Defendants

Judge Code    0123

Special Instructions:  Reappointment Roger Witkin as counsel to represent the defendant for the purpose of a sentence reduction under new crack guidelines.

/s/ Dennis O'Leary
Deputy Clerk

Dated  March 14, 2008

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd