UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                    NO.  04-10044 MLW

EDWIN SERRANO

**MOTION TO CONTINUE THE FILING OF THE JOINT STATUS REPORT REGARDING DEFENDANT'S MOTION TO REDUCE SENTENCE**

The defendant moves to continue by thirty (30) days the time within which to file the joint status report regarding Defendant's Motion To Reduce Sentence. This motion is assented to by AUSA Peter Levitt.

*/s/Roger Witkin*
**ROGER WITKIN**
6 Beacon Street, #1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO # 531780

DATED:      April 16, 2008

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          NO.  04-10044 MLW

EDWIN SERRANO

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon AUSA Peter Levitt, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 by electronic filing and postage prepaid mail, which was e-filed this day.

*/s/ Roger Witkin*
**Roger Witkin**
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:       April 16, 2008

Case 1:04-cr-10044-MLW  Document 89  Filed 04/16/2008  Page 3 of 3